

```
THOMAS P. O'BRIEN
United States Attorney
GEORGE S. CARDONA (Cal. Bar No. 135439)
Chief Assistant United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
     United States Courthouse
     312 North Spring Street, 12th Floor
     Los Angeles, California 90012
     Telephone: (213) 894-8323
     Facsimile: (213) 894-2535
Attorneys for Plaintiff
United States of America
```

FILED
CLERK, U.S. DISTRICT COURT

MAR 31 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR No. 91-1062-R |
| Plaintiff, | ) [~~PROPOSED~~] ORDER RE: REDUCTION OF SENTENCE PURSUANT TO 18 U.S.C. § 3582(C)(2) |
| v. | ) |
| FRANK PATE, | ) |
| Defendant. | ) |

IT IS HEREBY ORDERED, pursuant to 18 U.S.C. § 3582(c)(2) and U.S.S.G. § 1B1.10 (as effective March 3, 2008), and after consideration of the factors set forth in 18 U.S.C. § 3553(a), including considerations of public safety and the nature of defendant's post-sentencing conduct, that defendant's sentence of imprisonment shall be reduced from 228 months to 195 months, consisting of the following: (a) 135 months on counts 1 and 3, to run concurrently; and (b) 60 months consecutive on count 2. If this reduced sentence is less than the amount of time the defendant has already served, defendant's total sentence of imprisonment shall be reduced to time served. All other terms of the sentence originally imposed on defendant shall remain the

1 | same.

2 | IT IS FURTHER ORDERED that this order shall be void and
3 | without effect if, at any time prior to defendant's release, either
4 | the Sentencing Commission or Congress takes action that renders
5 | Amendment 706 to the sentencing guidelines no longer retroactive in
6 | application.

*Defendant to be released forthwith* [handwritten]

8 | DATED: March **31**, 2008

9 | HON. MANUEL L. REAL
United States District Judge

11 | Presented by:

13 | /S/
George S. Cardona
14 | Chief Assistant United States Attorney
Attorney for Plaintiff
15 | United States of America